**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BODUM USA, INC.,

        Plaintiff,                                 Index No. 07CV7453

        -against-                                 AFFIDAVIT OF SERVICE

SERVICE IDEAS, INC.,
        Defendant.
-------------------------------------------------------X
STATE OF MINNESOTA    )
             S.S.:
COUNTY OF RAMSEY      )

        CHRISTOPHER RAND, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 29th day of August, 2007, at approximately the time of 10:49 am, deponent served a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT upon SERVICE IDEAS, INC. at 2354 Venture Drive, Woodbury, Minnesota, by personally delivering and leaving the same with Christina Brandt who informed deponent that she holds the position of Vice President with that company and is authorized by appointment to receive service at that address.

        Christina Brandt is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with blonde hair.

_____
CHRISTOPHER RAND

Sworn to before me this
10th day of September, 2007

_____
NOTARY PUBLIC


RICHARD P. SINNER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com