| | LAW OFFICES | |
|---|---|---|
| Peter M. Kutil | **KING & KING LLP** | George A. King (1855-1938) |
| | 27-12   37th Avenue | William B. King (1861-1930) |
| | Long Island City, N.Y. 11101 | |
| Karl Silverberg | 718-896-6554 | |
| | fax: 718-275-5081 | |
| | e-mail: pkutil@king-king-law.com | |

September 19, 2007

**Via ECF**

Hon. Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 910
New York, NY 10007

   Re: Bodum USA, Inc. v. Service Ideas, Inc. S.D.N.Y Index No. 07 cv 7453

Dear Judge Lynch:

  This firm and the undersigned attorney is local counsel for defendant Service Ideas, Inc. We write to request leave to respond to the complaint to October 11, 2007. The answer is due tomorrow, September 20, 2007, and there has been no prior request. Counsel for the plaintiff has graciously consented to our request.

              Respectfully submitted,

              /s/
              Peter M. Kutil (PK-2562)

cc: Marie A. Tieri, Esq. (via facsimile 212-407-7799)

PMK:sas