UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

               Plaintiff,

                           Case No. 07-CV-7453 (GEL)

      -against-

SERVICE IDEAS INC.,                       MOTION TO ADMIT COUNSEL
                                                                   PRO HAC VICE
               Defendant.

       Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John H. Eickemeyer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        David E. Bennett
        Vedder, Price, Kaufman & Kammholz, P.C.
        222 North LaSalle Street, Suite 2600
        Chicago, Illinois 60601-1003
        Telephone Number: (312) 609-7500
        Fax Number: (312) 609-5005

       David E. Bennett is a member in good standing of the Bar of the State of Illinois has been since his induction on November 17, 1969.

       There are no pending disciplinary proceedings against David E. Bennett in any State or Federal court.

Dated: October 3, 2007
       New York, New York

                                                        Respectfully submitted,

                                                        By: _____
                                                            John H. Eickemeyer (JE-8302)

NEWYORK/#186135.1

Vedder, Price, Kaufman & Kammholz, PC
1633 Broadway, 47th Floor
New York, New York 10019
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

*Attorneys for Plaintiff*
BODUM USA, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

          Plaintiff,

-against-

SERVICE IDEAS INC.,

          Defendant.

Case No. 07-CV-7453 (GEL)

**AFFIDAVIT OF JOHN H. EICKEMEYER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York  )
                         ) ss:
County of New York )

    JOHN H. EICKEMEYER, being duly sworn, hereby deposes and says as follows:

    1.    I am a shareholder of Vedder, Price, Kammholz & Kaufman, P.C., counsel for plaintiff Bodum USA, Inc. ("Plaintiff") in the above-captioned action and, as such, I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David E. Bennett as counsel *pro hac vice* to represent Plaintiff in this matter.

    2.    I am a member in good standing of the bar of the State of New York, to which I was admitted to practice in May 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York in April 1984, and am in good standing with this Court.

    3.    I have known Mr. Bennett since I joined the firm in 1992.

    4.    I have found Mr. Bennett to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.   Accordingly, I am pleased to move the admission of David E. Bennett, *pro hac vice*.

6.   I respectfully submit a proposed order granting the admission of David E. Bennett, *pro hac vice,* which is attached hereto as Exhibit A.

**WHEREFORE**, it is respectfully requested that the motion to admit David E. Bennett, *pro hac vice,* to represent Plaintiff in the above captioned matter, be granted.

Dated:  October 3, 2007
       New York, New York

Respectfully submitted,

By: _____
John H. Eickemeyer (JE-8302)

Subscribed and sworn to before me
this 3rd day of October, 2007

_____
NOTARY PUBLIC

FRANCINE TORMEY
Notary Public, State of New York
Registration No. 01TO6145179
Qualified in Queens County
Commission Expires April 3, 2010
Certificate on File in New York County

2

NEWYORK/#186135.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Edmund Bennett

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 17, 1969 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, September 24, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BODUM USA, INC.,

          Plaintiff,

   -against-

SERVICE IDEAS INC.,

          Defendant.

Case No. 07-CV-7453 (GEL)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on this 3rd day of October, 2007, I caused a copy of the **Motion to Admit Counsel** *Pro Hac Vice*, **Affidavit of John H. Eickemeyer in Support of Motion to Admit Counsel** *Pro Hac Vice*, **and Order for Admission** *Pro Hac Vice* **On Written Motion** for each of David E. Bennett, Esq., Jared C. Jodrey, Esq., and Chad A. Schiefelbein, Esq. to be served by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed on the following:

    Peter M. Kutil, Esq.
    KING & KING LLP
    27-12 37th Avenue
    Long Island City, New York 10001
    *Attorneys for Defendant Service Ideas Inc.*

                                                                  Francine Tormey