UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

                Plaintiff,

                -against-

SERVICE IDEAS INC.,

                Defendant.

Case No. 07-CV-7453 (GEL)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

      Upon the motion of John H. Eickemeyer, attorney for plaintiff BODUM USA Inc., and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that

                Chad A. Schiefelbein
                Vedder, Price, Kaufman & Kammholz, P.C.
                222 North LaSalle Street, Suite 2600
                Chicago, Illinois 60601-1003
                Telephone Number: (312) 609-7500
                Fax Number: (312) 609-5005

is admitted to practice *pro hac vice* as counsel for plaintiff BODUM USA, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Oct 11, 2007
         New York, New York

                                              _____
                                              United Stated District/Magistrate Judge

NEWYORK/#186133.1