**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BODUM USA, INC., : | |
| : | |
| Plaintiff, : | |
| : | **07 Civ. 7453** |
| - against - : | |
| : | **RULE 7.1** |
| SERVICE IDEAS, INC., : | **STATEMENT** |
| : | |
| Defendant. : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney certifies that defendant Service Ideas, Inc. ("Service Ideas"), is a corporation organized under the laws of the State of Minnesota, has no parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of the stock of Service Ideas.

Dated: October 11, 2007
      Long Island City, New York

KING & KING, LLP
Attorneys for Defendant Service Ideas, Inc.

By: /s/_____
    Peter M. Kutil, Esq. (PK2562)

27-12  37th Ave.
Long Island City, N.Y. 11101
(718)896-6554

*Of Counsel*
Richard A. Kempf
Stephanie M. Kwong
Moore & Hansen, PLLP
225 South Sixth Street
Suite 4850
Minneapolis, MN  55402
612-332-8200

TO:

Marie A. Tieri, Esq
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
1633 Broadway, 47th Floor
New York, N.Y. 10019

And

David E. Bennett, Esq.
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003

## AFFIRMATION OF SERVICE

  Peter M. Kutil, affirms that he is the attorney for the defendant Service Ideas, Inc. and that on October 11, 2007 has served a true copy of the within Rule 7.1 Statement to the complaint by U.S. Mail first class postage prepaid by depositing same in an official U.S. Mail mailbox in the State of New York with delivery addressed to:

To:

Marie A. Tieri, Esq
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
1633 Broadway, 47th Floor
New York, N.Y. 10019

and

David E. Bennett, Esq.
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003


                /s/_____
                 Peter M. Kutil, Esq.


Dated: October 11, 2007
   Long Island City, N.Y.