UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BODUM USA, INC., <br><br>                    Plaintiff, <br><br>              -against- <br><br> SERVICE IDEAS, INC., <br><br>                    Defendant. | Case No. 07 CV 7453 <br><br> **NOTICE OF FILING** |

To:    Peter M. Kutil, Esq.                    Richard A. Kempf
        King & King, LLP                      Stephanie M. Kwong
        27-12 37th Avenue                 Moore & Hansen, PLLP
        Long Island City, NY 11101      225 South Sixth Street
                                                         Suite 4850
                                                          Minneapolis, MN 55402

       PLEASE TAKE NOTICE that on October 30, 2007, there was filed with the Clerk of the United States District Court for the Southern District of New York, the attached **ANSWER TO COUNTERCLAIM**, a true and correct copy of which is herewith served upon you.

                                                            BODUM USA, INC.

                                                            By: s/John H. Eickemeyer
                                                                John H. Eickemeyer
                                                                Marie A. Tieri
                                                                Vedder, Price, Kaufman & Kammholz, P.C.
                                                                 1633 Broadway, 47th Floor
                                                                New York, New York 10019
                                                                Telephone:  (212) 407-7700
                                                                Facsimile:  (212) 407-7799

OF COUNSEL

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005

CHICAGO/#1708571.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Answer to Counterclaim with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Peter M. Kutil, Esq.  
King & King, LLP  
27-12 37th Avenue  
Long Island City, NY 11101

Richard A. Kempf  
Stephanie M. Kwong  
Moore & Hansen, PLLP  
225 South Sixth Street, Suite 4850  
Minneapolis, MN 55402

on October 30, 2007.

s/John H. Eickemeyer