UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

     Plaintiff,

  - against -

SERVICE IDEAS, INC.,

     Defendant.

07 Civ. 7453 (GEL)

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Service Ideas Inc. ("Service") by and through their undersigned counsel, Peter M. Kutil, Esq. hereby moves this Court to allow Richard A. Kempf, Esq. of the firm of Moore & Hansen, PLLP, 225 South Sixth Street, Suite 4850, Minneapolis, MN 55402 to appear in this action, and in support thereof avers the following:

1. Peter M. Kutil, Esq., is a licensed attorney who is admitted to practice in the Federal Court for the Southern District of New York and has appeared on behalf of defendant Service in this matter.

2. Richard A. Kempf is a member in good standing of the bar of the State of Minnesota since his admission on October 20, 1988. He is also admitted to practice before the Federal Court, District of Minnesota on November 30, 1989 and the United States Circuit Court for the 8th Circuit on May 10, 1995.

3. Richard A. Kempf has read and is familiar with the Local Rules of this Court.

4. Richard A. Kempf understands that he will be subject to the disciplinary rules and powers of this Court.

5. There are no pending disciplinary proceedings against Richard A. Kempf in any State or Federal court.

6. Counsel for the plaintiff has consented to this motion.

WHEREFORE, it is respectfully requested that this Court grant this motion and permit Richard A. Kempf to appear as co-counsel in the instant matter.

Dated: November 6, 2007
      Long Island City, New York

KING & KING, LLP
Attorneys for Defendant Service Ideas, Inc.

By: _____
Peter M. Kutil, Esq. (PK2562)

27-12 37th Ave.
Long Island City, N.Y. 11101
(718)896-6554

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BODUM USA, INC., | : |
| Plaintiff, | : |
| | : 07 Civ. 7453 (GEL) |
| - against - | : |
| SERVICE IDEAS, INC., | : |
| Defendant. | : |

**AFFIRMATION OF PETER M. KUTIL**

I, Peter M. Kutil, Esq. under the penalty of perjury, affirm as follows:

1. I am a member in good standing of the bar of this Court.

2. I move the pro hac vice admission of Richard A. Kempf in this case.

3. Richard A. Kempf is admitted to practice before the Courts of the State of Minnesota and the before the Minnesota Federal District Court. His original certificate of good standing is attached hereto at Exhibit A.

4. I have known Mr. Kempf since September of 1982, when we were first year classmates at Columbia Law School.  Mr. Kempf and I were partners for the fist year moot court competition.

5. I knew him then and I know him now to be a person of high integrity and competence.

6. I am advised from him that he has read the local rules of this Court and understands that he will be subject to the disciplinary rules and powers of this Court.

7. Accordingly, I am pleased to move his pro hac vice admission before this Court.

Dated: November 6, 2007
       Long Island City, New York

                                                    _____
                                                    Peter M. Kutil, Esq. (PK2562)

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

RICHARD ALAN KEMPF

was duly admitted to practice as an lawyer and counselor at law in all the courts of this state on

October 20, 1988

Given under my hand and seal of this court on

October 22, 2007

Fredrick K. Grittner
Clerk of Appellate Courts



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BODUM USA, INC., | : |
|                     Plaintiff, | : |
| - against - | :   07 Civ. 7453 (GEL) |
| SERVICE IDEAS, INC., | : |
|                     Defendant. | : |

## ORDER FOR ADMISSION PRO HAC VICE
## OF RICHARD A. KEMPF
## ON WRITTEN MOTION

Upon the motion of Peter M. Kutil, attorney for defendant Service Ideas Inc. ("Service") and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that:

Richard A. Kempf, Esq. of the firm of Moore & Hansen, PLLP, 225 South Sixth Street, Suite 4850, Minneapolis, MN 55402, telephone number 612-332-8200, and facsimile number 612-332-1780 is admitted to practice pro hac vice as counsel for defendant Service Ideas Inc. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Since this case is assigned to the Electronic Case Filing (ECF) system, counsel shall forthwith apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007        _____
New York, New York                       UNITED STATES DISTRICT JUDGE

## AFFIRMATION OF SERVICE

Peter M. Kutil, affirms that he is the attorney for the defendant Service Ideas, Inc. and that on November 6, 2007 has served a true copy of the within motion by U.S. Mail first class postage prepaid by depositing same in an official U.S. Mail mailbox in the State of New York with delivery addressed to:

To:

Marie A. Tieri, Esq
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
1633 Broadway, 47th Floor
New York, N.Y. 10019

and

David E. Bennett, Esq.
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003

Peter M. Kutil, Esq.

Dated: November 6, 2007
       Long Island City, N.Y.