UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07
```

BODUM USA, INC.,                    :

               Plaintiff,     :

                     :     07 Civ. 7453 (GEL)

    - against -                  :

SERVICE IDEAS, INC.,                :

              Defendant.     :

:

## ORDER FOR ADMISSION PRO HAC VICE
## OF RICHARD A. KEMPF
## ON WRITTEN MOTION

Upon the motion of Peter M. Kutil, attorney for defendant Service Ideas Inc. ("Service") and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that:

Richard A. Kempf, Esq. of the firm of Moore & Hansen, PLLP, 225 South Sixth Street, Suite 4850, Minneapolis, MN 55402, telephone number 612-332-8200, and facsimile number 612-332-1780 is admitted to practice pro hac vice as counsel for defendant Service Ideas Inc. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Since this case is assigned to the Electronic Case Filing (ECF) system, counsel shall forthwith apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: **Nov. 17**, 2007
    New York, New York                    _____
                               UNITED STATES DISTRICT JUDGE

## AFFIRMATION OF SERVICE

Peter M. Kutil, affirms that he is the attorney for the defendant Service Ideas, Inc. and that on November 6, 2007 has served a true copy of the within motion by U.S. Mail first class postage prepaid by depositing same in an official U.S. Mail mailbox in the State of New York with delivery addressed to:

To:

Marie A. Tieri, Esq
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
1633 Broadway, 47th Floor
New York, N.Y. 10019

and

David E. Bennett, Esq.
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003


Peter M. Kutil, Esq.


Dated:  November 6, 2007
        Long Island City, N.Y.

−3−