```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
BODUM USA, INC.,                                            :
:
Plaintiff,              :
:              07 Civ. 7453 (GEL)
-against-                                  :
:                   **ORDER**
SERVICE IDEAS, INC.,                                        :
:
Defendant.              :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On April 24, 2008, the Court issued an order of discontinuance upon the parties' settlement of all claims in this action, with leave to reopen within thirty days if the settlement was not consummated. The parties now have advised the Court that certain outstanding issues need to be resolved before the settlement may be consummated. Accordingly, it is hereby ORDERED that the parties shall have leave to reopen by June 23, 2008, if the settlement is not consummated.

SO ORDERED.

Dated: New York, New York
      May 21, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                 United States District Judge