UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
BODUM USA, INC.,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :         07 Civ. 7453 (GEL)
        -against-                                            :
                                                             :         **ORDER**
SERVICE IDEAS, INC.,                                         :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       On April 24, 2008, the Court issued an order of discontinuance upon the parties' settlement of all claims in this action, with leave to reopen within thirty days if the settlement was not consummated. On May 21, 2008, the Court issued an order extending the time period within which the parties could seek leave to reopen by another thirty days. The parties again advise the Court that certain outstanding issues need to be resolved before the settlement may be consummated. Accordingly, it is hereby ORDERED that the parties shall have leave to reopen by July 8, 2008, if the settlement is not consummated.

SO ORDERED.

Dated: New York, New York
       June 19, 2008

                                                             /s/ Gerard E. Lynch
                                                   GERARD E. LYNCH
                                                  United States District Judge