UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BODUM USA, INC.,

                Plaintiff,

-against-

SERVICE IDEAS INC.,

                Defendant.

Case No. 07-CV-7453 (GEL)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that, upon the accompanying Declaration of David E. Bennett, dated July 7, 2008, and upon all the papers and proceedings heretofore had herein, Plaintiff Bodum USA, Inc., on behalf of itself and Defendant Service Ideas, Inc., will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, before the Hon. Gerard E. Lynch, on July 29, 2008, or as soon thereafter as counsel may be heard, for an Order reopening this action for the purpose of entering the Agreed Stipulation and Order of Dismissal annexed hereto, which provides that this action is dismissed with prejudice and without costs to either party and that this Court shall retain jurisdiction and be the exclusive venue to enforce the Settlement Agreement and Mutual Release so that any dispute arising from that Settlement Agreement and Mutual Release may be heard in this Court, together with such further and different relief as the Court may deem just and proper.

Dated: New York, New York
       July 8, 2008

                                        VEDDER PRICE P.C.

                                        By:    s/John H. Eickemeyer
                                                 John H. Eickemeyer (JE-8302)

        1633 Broadway, 47th Floor
        New York, New York 10019
        Telephone: (212) 407-7700

        David E. Bennett
        Jared C. Jodrey
        222 North LaSalle Street, Suite 2600
        Chicago, Illinois 60601-1003
        Telephone: (312) 609-7500
        *Attorneys for Plaintiff*
        BODUM USA, INC.

NEWYORK/#197623.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

        Plaintiff,

        -against-

SERVICE IDEAS, INC.,

        Defendant.

Case No. 07 CV 7453

## AGREED STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND ORDERED that the Complaint in this action be dismissed with prejudice and without attorneys' fees or costs to either party, the parties having settled and resolved all issues and controversies herein.

By consent of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement and Mutual Releases between the parties entered into on JULY 7, 2008.

_____
David E. Bennett
Jared C. Jodrey
Vedder Price P.C.
222 N. LaSalle, Suite 2400
Chicago, IL 60601
(312) 609-7714
*Attorneys for Plaintiff*

_____
Richard A. Kempf
Stephanie M. Kwong
Moore & Hansen, PLLP
225 South 6th Street, Suite 4850
Minneapolis, MN 55402
(612) 465-8234
*Attorneys for Defendant*

ORDERED:

_____
United States District Judge

Dated: _____, 2008

CHICAGO/#1811762.1