UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

                Plaintiff,

-against-

SERVICE IDEAS, INC.,

                Defendant.

Case No. 07-CV-7453 (GEL)

## CERTIFICATE OF SERVICE

I, John H. Eickemeyer, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

1. On July 8, 2008, I caused a copy of the **NOTICE OF MOTION and DECLARATION OF DAVID E. BENNETT** to be served upon all parties who have made appearances in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party received same, as registered e-filers who are registered to receive e-notices in this case.

DATED: July 8, 2008

                                                /s/ John H. Eickemeyer
                                                John H. Eickemeyer