UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

        Plaintiff,

    -against-

SERVICE IDEAS, INC.,

        Defendant.

Case No. 07 CV 7453

## AGREED STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND ORDERED that the Complaint in this action be dismissed with prejudice and without attorneys' fees or costs to either party, the parties having settled and resolved all issues and controversies herein.

By consent of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement and Mutual Releases between the parties entered into on JULY 7, 2008.

David E. Bennett
Jared C. Jodrey
Vedder Price P.C.
222 N. LaSalle, Suite 2400
Chicago, IL 60601
(312) 609-7714
*Attorneys for Plaintiff*

Richard A. Kempf
Stephanie M. Kwong
Moore & Hansen, PLLP
225 South 6th Street, Suite 4850
Minneapolis, MN 55402
(612) 465-8234
*Attorneys for Defendant*

ORDERED:

United States District Judge

Dated: July 21, 2008

CHICAGO/#1811762.1